

NUMBER 13-10-00334-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

NOE NOYOLA, Appellant,

v.

THE STATE OF TEXAS, Appellee.

### On appeal from the 105th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

Appellant, Noe Noyola, was convicted of possession of cocaine. On June 18, 2010, appellant filed a pro se notice of appeal. On August 31, 2010, this Court abated the appeal and remanded to the trial court because appointed counsel, the Honorable Deeanne S. Galvan, advised this Court that she no longer represented appellant and the record failed to indicate whether appellant was entitled to appointed counsel on appeal.

At the trial court hearing, appellant appeared with retained counsel, the Honorable Dee Ann Torres, and stated that he did not desire to prosecute an appeal in this cause. At the hearing it was established that neither Ms. Galvan nor Ms. Torres filed a notice of appeal on behalf of appellant and that appellant has chosen not to pursue an appeal.

Based upon the evidence at the hearing that appellant does not want to pursue an appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 3rd
day of February, 2011.